AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>JAMARYL SPAULDING<br><br>Defendant | Case No. 3:24-cr-00116-2 Judge Campbell |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMARYL SPAULDING

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 933 - weapons trafficking conspiracy
18 U.S.C. § 371 - conspiracy to commit weapons trafficking offenses

Date: 06/05/2024

*Jeremy Medley*
*Issuing officer's signature*

City and state: Nashville, TN

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* 05/06/2024, and the person was arrested on *(date)* 12/16/2024
at *(city and state)* Joliet, IL

Date: 12/16/2024

*[signature]*
*Arresting officer's signature*

William Engle SA
*Printed name and title*